IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 23-CR-00417 (APM) |
| v. | : | |
| MICHAEL ROBERTS, | : | |
| Defendant. | : | |

## WAIVER OF JURY TRIAL

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Michael Roberts
Defendant

_____
Ben Sharp
Attorney for Defendant

Assented to:

_____
Craig Estes
Julie Bessler
Assistant U.S. Attorney

Approved:

_____
Judge Amit P. Mehta
United States District Judge