UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| v. ) | No. 1:23-CR-417-APM |
| ) | |
| MICHAEL TYLER ROBERTS ) | |
|     Defendant. ) | |

## MOTION TO WITHDRAW MOTION TO EXTEND DEFENDANT'S REPORT DATE TO THE BUREAU OF PRISONS

Michael Tyler Roberts, through his undersigned counsel, moves this Honorable Court to withdraw the Motion to Extend Defendant's Report Date to the Bureau of Prison (Doc. 60). After consultation with counsel, Mr. Roberts wishes to withdraw his previously filed motion and will report to FCI Ashland, KY on January 27, 2025, by 2:00 P.M. as directed by the United States Probation office.

Mr. Roberts and undersigned counsel respectfully request an order withdrawing the motion to extend defendant's report date to the BOP.

Respectfully submitted this the 16th day of January 2025.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: *s/Benjamin G. Sharp*
Benjamin G. Sharp, VSB No. 47398
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929

COUNSEL FOR DEFENDANT